NOTICE: THE PURPOSE OF THE HEARING IS TO PUNISH YOU FOR CONTEMPT OF COURT AND SUCH PUNISHMENT MAY CONSIST OF A FINE OR IMPRISONMENT, OR BOTH, ACCORDING TO LAW.

WARNING: YOUR FAILURE TO APPEAR IN COURT MAY RESULT IN YOUR IMMEDIATE ARREST AND IMPRISONMENT FOR CONTEMPT OF COURT.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 7 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER KOMOLOV, et al.,

                Plaintiffs,

     -v-                                    13 Civ. 573 (KBF)

NICHOLAS MILANI, et al.,               ORDER TO SHOW CAUSE

                Defendants.
------------------------------------------------------------X
KATHERINE B. FORREST, District Judge:

     On June 19, 2014, defendant Nicholas Milani was Ordered to appear and Show Cause on June 26, 2014 why sanctions should not be imposed for his failure to comply with post-judgment discovery in this action. Defendant failed to appear at the Order to Show Cause hearing.

     Accordingly, the Court hereby ORDERS Mr. Milani to appear before the undersigned, in Courtroom 15A, located that the United States Courthouse, 500 Pearl Street, New York, New York 10007 at 10:30 a.m. on

1

**July 25, 2014.** Mr. Milani shall be given an opportunity to show why an Order should not be entered holding him in civil contempt for willfully failing to comply with post-judgment discovery and for failing to appear at the June 26, 2014 hearing.

Plaintiffs are Ordered to deliver a copy of this Order to Show Cause, together with the June 26, 2014 Order, in person or via Federal Express or other nationally recognized overnight delivery service on defendant Milani as soon as is practicable, but no later than **July 1, 2014**. Plaintiffs shall thereafter file proof of service electronically.

It is FURTHER ORDERED that Mr. Milani may file opposition papers, if he so chooses, no later than **July 14, 2014**.

Mr. Milani is again reminded that his failure to appear in Court may result in his immediate arrest and imprisonment for contempt of Court.

SO ORDERED.

Dated:   New York, New York
         June 27, 2014

_____
KATHERINE B. FORREST
United States District Judge