# PHILLIPS & MILLMAN, LLP
### ATTORNEYS AT LAW — A FIRM CHOICE

NEW YORK OFFICE
148 SOUTH LIBERTY DRIVE
STONY POINT, NEW YORK 10980
845.947.1100
FACSIMILE
845.786.7207

NEW JERSEY OFFICE
346 GRAND AVENUE
ENGLEWOOD, NEW JERSEY 07631
201.894.1104
ALL CORRESPONDENCE TO NEW YORK

FRANK J. PHILLIPS +^
JEFFREY T. MILLMAN +*^
ELLEN D. LAZARUS +
BETH B. FINKELSTEIN +
JEANNE M. HURLEY +

OF COUNSEL
+ FRANK J. LAPERCH
+^ KELLY A. BURGOON
* JOSEPH A. RAIA
+ DENISE WEISS

PARALEGALS
RAE P. KARPF
LISA A. WELLER
MADELYN A. WILLIAMS

+ MEMBER NY
* MEMBER NJ
^ MEMBER CT

February 18, 2015

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

RE:   Alexander Komolov, et al v.
      Nicholas Milani, et al
      Case No. 13 – cv – 573 (KBF)(KNF)

Dear Judge Forrest:

First, thank you for your courtesies regarding my requested adjournment of the evidentiary hearing now scheduled for February 26, 2015 at 12:00pm.

The main purpose of this letter is to correct and/or clarify some statements I made in my earlier letter that Mr. Chronakis correctly objected to in an email to me.

As mentioned he did email me Bruno Milani's transcript the day of Nicholas Milani's deposition but I being unable to open it - I awaited the hard copy. Probably a miscommunication between parties in that I believed Mr. Chronakis was going to send me the hard copy in place of the email attachment issue I had. Clearly please do not take away from my statement Mr. Chronakis did anything underhanded which based upon my letter he believed was portrayed to this Court.

Second, Veritex Legal Services advised Mr. Chronakis that they as the reporting company retained by Plaintiff sent me copies of the transcripts of both Nicholas and Michelle Milani's depositions. Clearly that belief by Mr. Chronakis is legitimate as his experience with Veritex reporting is that they send the adversaries copies. My reporting companies typically send them to me and I forward them with an instructional letter, though to no fault of Mr. Chronakis his belief was I received the transcripts. Though, my position is unchanged. I still have not.

      Notwithstanding that, Mr. Chronakis has advised me he is fedex'ing all three transcripts to me and for that I thank him.

      I hope this letter makes clear that my professional relationship with Mr. Chronakis to date has been one of respect, candor and of course honor. I trust the Court recognizes that in this letter of clarification.

      Thank you for the Court's attention to this matter.

Very truly yours,

Jeffrey T. Millman

JTM/jmh

cc:    Philip C. Chronakis, Esq.
        Budd Larner, P.C.
        Attorneys for Plaintiffs/Judgment Creditors,
        260 Madison Avenue, 18th Floor
        New York, NY 10016