USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 25, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ALEXANDER KOMOLOV, et al.,  :
:
          Plaintiffs,  :
       -v-  :       13 Civ. 573 (KBF)
:
NICHOLAS MILANI, et al.,  :       ORDER
:
          Defendants.  :
------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

      The evidentiary hearing, previously set for February 26, 2015, is hereby RESCHEDULED to **Thursday, March 5, 2015** at **9:00 a.m.**

      Mr. Kutner, attorney for Bruno Milani, informed the Court that Mr. Milani is in Florida and unable to travel due to health issues. Mr. Chronakis, attorney for plaintiffs, has offered to coordinate and pay the costs associated with Mr. Milani's appearance via video teleconference. The Court is willing to have Mr. Milani testify via video teleconference and expects to him appear in that capacity on March 5, 2015.

      SO ORDERED.

Dated:    New York, New York
             February 25, 2015

_____
      KATHERINE B. FORREST
      United States District Judge